**LAW OFFICES OF MARK BORDEN**
A PROFESSIONAL CORPORATION
145 S. WASHINGTON STREET, SUITE C
SONORA, CALIFORNIA, 95370
TELEPHONE: (209) 536-9535
TELEPHONE: (562) 438-0553
FACSIMILE:  (209) 536-9526
STATE BAR NO: 79444

Attorney for Defendant

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA,

| UNITED STATE OF AMERICA, | Case No. 6-06-mj-00238 |
|---|---|
| Plaintiff, | WAIVER OF DEFENDANT'S PERSONAL PRESENCE |
| Vs. | (FRCP 43 (c) (2)) |
| SHIH-PIN YANG | |
| Defendant. | |

The undersigned defendant, having been advised of his right to be present at all stages of the proceedings, including but not limited to presentation of and arguments on questions of law, and to be confronted by and cross-examine all witnesses, hereby waives the right to be present at the hearing of any motion or other proceeding in this case, including when the case is set for trial, when a continuance is ordered, when a motion to set aside the indictment or information pursuant to the provisions of the federal rules of criminal procedure and following is heard, when a motion for reduction of bail or for a personal recognizance release is heard, when a motion to reduce sentence is heard, and when questions of law are presented to or considered by the court. The undersigned defendant hereby requests the court to proceed during every absence

1

of his which the court may permit pursuant to this waiver, and hereby agrees that his interest will be deemed represented at all times by the presence of his attorney the same as if the defendant himself were personally present in court, and further agrees that notice to his attorney that his presence in court on a particular day at a particular time is required will be deemed notice to him of the requirement of his appearance at said time and place.

Dated: December 11, 2006                    /s/ _SHIH-PIN-YANG_____
                                            Defendant
                                            Address
                                            1234 6TH Avenue
                                            San Francisco, CA 94122

Approved: s/s_____
Dated: December 12, 2006                    LAW OFFICES OF MARK BORDEN
                                            By: s/s MARK BORDEN____

        IT IS SO ORDERED.

        Dated:   **January 19, 2007**        /s/  William M. Wunderlich
        mmkd34                              UNITED STATES MAGISTRATE JUDGE

2